AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-CV-02866

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Bank of China U.S.A.**
was recieved by me on  **4/14/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **H Hutchinson (Receptionist)**, who is designated by law to accept service of process on behalf of **Bank of China U.S.A.** at **1045 Avenue of Americas, New York, NY 10018** on **04/17/2023 at 11:18 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/17/2023

_____
*Server's signature*

**Islam Alaaeldin**
*Printed name and title*

**1956 64th st
2f
brooklyn, NY 11204**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to H Hutchinson (Receptionist) who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0104797272**