**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-23

---

S.G. and M.G., on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

Bank of China Ltd., Bank of China U.S.A., BOC International Holdings Ltd., BOCI Commodities & Futures (USA) LLC, CME Group Inc., and New York Mercantile Exchange, Inc.,

                Defendants.

Case No. 23-cv-2866

**NOTICE OF MOTION**

*Motion granted to the extent that Plaintiffs may proceed pseudonymously under the determination of all pending motions to dismiss. Denied without prejudice to renewal within 10 days after determination of pending motions to dismiss.*

**SO ORDERED.**

/s/ Lewis A. Kaplan
8/21/23

PLEASE TAKE NOTICE THAT that on _____, 2023, or as soon thereafter as counsel may be heard, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Proceed Under Pseudonyms and the Declaration of John Y. Tang in support of such motion, Plaintiffs S.G. and M.G. will move this Court, before the Honorable _____, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order Granting Plaintiffs' Motion to Proceed Under Pseudonyms.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith.

Dated: April 5, 2023

                          Respectfully submitted,

                          By: _____/s/ John Y. Tang_____
                                John Y. Tang