USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S.G. and M.G., on behalf of themselves
and others similarly situated,

                Plaintiffs,

          -against-                            23-cv-2866 (LAK)

BANK OF CHINA LTD., et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ●RDER

LEWIS A. KAPLAN, *District Judge.*

        The Court today has granted the motions of Bank of China (U.S.A.), BOCI Commodities & Futures (USA) LLC, CME Group Inc., and New York Mercantile Exchange to dismiss the complaint. Defendant BOC International Holdings Ltd. ("BOCI") joined in those motions (Dkt 66) and filed, in addition, a motion to dismiss for lack of personal jurisdiction (Dkt 63).

        In view of BOCI's joinder on the motions to dismiss by other defendants, the complaint is dismissed also as to BOCI for the reasons stated in the decision granting those motions to dismiss. BOCI's motion to dismiss for lack of personal jurisdiction (Dkt 63) is denied as moot.

        This order, together with the memorandum opinion of even date, dispose of this action as to all defendants except Bank of China Ltd. ("BOC"), which is based in China and has not been served in the more than a year during which this action has been pending. In the circumstances, there is no just reason for delay. The Clerk therefore is directed, pursuant to Fed. R. Civ. P. 54(b), to enter final judgment dismissing the action as to all defendants except BOC.

        SO ORDERED.

Dated:      April 29, 2024

                                       Lewis A. Kaplan
                                    United States District Judge