UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

S.G. and M.G., on behalf of themselves
and others similarly situated,

                             Plaintiff,

-against-                                           23 CIVIL 2866 (LAK)

                                                             **RULE 54(b) JUDGMENT**

BANK OF CHINA LTD., et al.,

                             Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated April 29, 2024, and the Court's Order dated April 29, 2024, defendants' motions to dismiss are granted and plaintiffs' requests for leave to amend are denied.  In view of BOCI's joinder on the motions to dismiss by other defendants, the complaint is dismissed also as to BOCI for the reasons stated in the decision granting those motions to dismiss. BOCI's motion to dismiss for lack of personal jurisdiction (Dkt 63) is denied as moot. The order, together with the memorandum opinion of even date, dispose of this action as to all defendants except Bank of China Ltd. ("BOC"), which is based in China and has not been served in the more than a year during which this action has been pending. In the circumstances, there is no just reason for delay.  Pursuant to Fed. R. Civ. P. 54(b), final judgment is entered dismissing the action as to all defendants except BOC.

**Dated:**  New York, New York

      April 29, 2024

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                         **BY:**                K. Mango

                                                            **Deputy Clerk**