UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| S.G. and M.G, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>Bank of China Ltd., Bank of China U.S.A., BOC International Holdings Ltd., BOCI Commodities & Futures (USA) LLC, CME Group Inc., and New York Mercantile Exchange, Inc.,<br><br>　　　　　　　Defendants. | Civil Action No. 23-cv-2866<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the orders entered on April 29, 2024 [Dkts No. 68, 69] that grant the motions of Defendants Bank of China (U.S.A.), BOCI Commodities & Futures (USA) LLC, CME Group Inc., New York Mercantile Exchange, Inc and BOC International Holdings Ltd. to dismiss the Complaint.

Dated: May 20, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　　　*/s/ John Y. Tang*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　John Y. Tang

　　　　　　　　　　　　　　　　　　　John Y. Tang (N.Y. SBN: 4728580)
　　　　　　　　　　　　　　　　　　　**Tang PC**
　　　　　　　　　　　　　　　　　　　1702 Flushing Ave
　　　　　　　　　　　　　　　　　　　Ridgewood, NY 11385
　　　　　　　　　　　　　　　　　　　Telephone: (212) 363-0188
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 981-4869
　　　　　　　　　　　　　　　　　　　 john.tang@gettang.com

1

Wenjie Cai (N.Y. SBN: 5867569)
**Tang PC**
1702 Flushing Ave
Ridgewood, NY 11385
Telephone: (212) 363-0188
Facsimile: (212) 981-4869
ericat@gettang.com

*Counsel for the Plaintiffs*