# UNITED STATES DISTRICT COURT
# SOUTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| S.G. and M.G., on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>Bank of China Ltd., Bank of China U.S.A., BOC International Holdings Ltd., BOCI Commodities & Futures (USA) LLC, CME Group Inc., and New York Mercantile Exchange, Inc.,<br><br>       Defendants. | Civil Action No. 23-cv-2866 (LAK) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiffs S.G. and M.G., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Bank of China Ltd.

Dated: January 17, 2025        Respectfully submitted,

                By:  */s/ John Y. Tang*
                   John Y. Tang

                John Y. Tang (N.Y. SBN: 4728580)
                **Tang PC**
                1702 Flushing Ave

Ridgewood, NY 11385
Telephone: (212) 363-0188
Facsimile: (212) 981-4869
john.tang@gettang.com

Wenjie Cai (N.Y. SBN: 5867569)
**Tang PC**
1702 Flushing Ave
Ridgewood, NY 11385
Telephone: (212) 363-0188
Facsimile: (212) 981-4869
ericat@gettang.com

*Counsel for the Plaintiffs*